**92–850.** State v. Phillips. *Pickaway County*, Nos. 89–CA–32 and 89–CA–33. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Pickaway County. Appellants' motion for leave to exceed the page limitation on their memorandum in support of jurisdiction was denied by this court on August 12, 1992. It appears from the records of this court that appellants have not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective March 3, 1993.

**92–856.** State v. Combs. *Summit County*, No. 15025. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Summit County and as a claimed appeal as of right from said court. Appellant's request for extension of time to file a memorandum in support of jurisdiction was denied by this court on July 15, 1992. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective March 3, 1993.

**92–917.** State v. Davis. *Lorain County*, No. 91CA005138. *Sua sponte*, cause dismissed for want of prosecution, effective March 3, 1993.

**92–1140.** State ex rel. Natl. Broadcasting, Inc. v. Cleveland. *Cuyahoga County*, No. 52337. *Sua sponte*, cause dismissed for want of prosecution, effective March 3, 1993.

**92–1227.** Mandell v. Markovic. *Cuyahoga County*, No. 60047. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Cuyahoga County to certify its record. Appellant's motion for reconsideration of the denial of her request for extension of time to file a memorandum in support of jurisdiction was denied by this court on August 12, 1992. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective March 3, 1993.

**92–1243.** Heslop, Inc. v. Stoffer. *Summit County*, No. 15258. *Sua sponte*, cause dismissed for want of prosecution, effective March 3, 1993.

**92–1462.** Ward v. Witzman. *Stark County*, No. CA–9018. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Stark County to certify its record. Appellants' request for extension of time to file a memorandum in support of jurisdiction was denied by this court on August 19, 1992. It appears from the records of this court that appellants have not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective March 3, 1993.